Same case below, 387 Fed. Appx. 422.

Same case below, 384 Fed. Appx. 944.

**No. 10-8681. David Scott Lee, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1584, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1734.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 264.

**No. 10-8682. Gilbert Robinson, Petitioner v. T. R. Sniezek, Warden.**

562 U.S. 1262, 131 S. Ct. 1584, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1806.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 401 Fed. Appx. 645.

**No. 10-8689. Evert Jerome Thompson, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1584, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1885.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 393 Fed. Appx. 852.

**No. 10-8696. John L. Maynard, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1584, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1743.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8697. Tony Barrow, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1584, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1873.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-8698. Norberto Araujo, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1585, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1831.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 622 F.3d 854.

**No. 10-8701. Alpheus Spencer Adams, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1585, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1767.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 388 Fed. Appx. 303.

**No. 10-8702. Ramon Alberto Arana-Esquivel, Petitioner v. United States.**

562 U.S. 1262, 131 S. Ct. 1585, 179 L. Ed. 2d 485, 2011 U.S. LEXIS 1773.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.